IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION

| | |
|---|---|
| TODD F. LOGAN, ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| V. ) | CASE NO.: 5 : '05 CV- 118- R |
| ) | |
| CANADIAN NATIONAL/ILLINOIS ) | |
| CENTRAL RAILROAD, ) | |
| ) | |
| **Defendant.** ) | |

## COMPLAINT

### I. PARTIES AND JURISDICTION

1. The Plaintiff, Todd F. Logan, is an individual citizen and resident of Mt. Vernon, Illinois.

2. The Defendant, Canadian National/Illinois Central Railroad, is an Illinois corporation whose principal place of business is in Chicago, Illinois. The Defendant is a common carrier by railroad engaged in the business of operating a railroad in interstate commerce for hire for the purpose of carrying freight.

3. The Plaintiff, at all times referred to herein, was an employee of the Defendant and was acting within the line and scope of his employment for the Defendant. The Plaintiff's duties of employment for the Defendant were in furtherance of interstate commerce or directly or closely affected interstate commerce.

4. The incident which is the subject of this action occurred in Paducah, McCracken County, Kentucky.

5. This action is brought pursuant to the provisions of the Federal Employers Liability Act, 45 U.S.C., §51, et seq. This Court has jurisdiction pursuant to 28 U.S.C. §1331, in that this is an action arising under the laws of the United States.

## II. FACTS

6. On September 1, 2003, the Plaintiff, Todd F. Logan, was employed as an engineer on a train being operated by the Defendant railroad at the TVA Plant near Chiles, Kentucky. On that date, it was the Plaintiff's responsibility to attempt to apply a hand brake on a locomotive engine. The hand brake was defective. As the Plaintiff attempted to apply the hand brake, it malfunctioned and severely jarred his right elbow. As a result, the Plaintiff has suffered a severe and permanent injury to his elbow.

## III. FIRST CAUSE OF ACTION

7. All of the Plaintiff's injuries and damages were caused, in whole or in part, by the negligence of the Defendant, Canadian National/Illinois Central Railroad, its agents, servants or employees while acting within the line and scope of their employment for said Defendant, or by reason of a defect or insufficiency due to the Defendant's negligence in its locomotive engines, hand brakes, maintenance practices, safety practices, and inspection practices at the time and Plaintiff where Plaintiff suffered the above mentioned injuries and damages.

## IV. SECOND CAUSE OF ACTION

8. All of the Plaintiff's injuries and damages were caused, in whole or in part, by the negligent failure of the Defendant to use reasonable care to provide to the Plaintiff a reasonably safe place for the Plaintiff to perform his work and labor for the Defendant.

## V. THIRD CAUSE OF ACTION

9. All the Plaintiff's injuries were caused, in whole or in part, by a violation of the Defendant railroad of that Act of Congress commonly referred to as the Boiler Inspection Act, 49 U.S.C. §20701, in that the Defendant railroad allow to be used on its railroad line, a locomotive whose parts and appurtenances were not in proper condition and safe to operate without danger of personal injury.

## VI. FOURTH CAUSE OF ACTION

10. All the Plaintiff's injuries and damages were caused, in whole or in part, by violation of the Defendant railroad of that Act of Congress commonly referred to as the Safety Appliance Acts, 49 U.S.C. §20302(a)(1)(B), in that the Defendant railroad allowed to be used on its railroad line a vehicle which was not equipped with safe, efficient and properly functioning hand brakes.

## VII. DAMAGES

11. The Plaintiff avers that as a direct result of the negligence of the Defendant, he has been caused to suffer the following injuries and damages:

   (a) Past lost wages;

   (b) Future lost wages and fringe benefits;

   (c) Impairment of earning capacity;

   (d) Past and future physical pain and mental anguish;

   (e) Past and future medical expenses.

12. As damages, the Plaintiff claims of the Defendant the sum of One Million Dollars ($1,000,000.00).

## VIII. JURY DEMAND

13. The Plaintiff demands a trial by a jury.

WHEREFORE, the Plaintiff prays for a trial by jury, that summons issue, that judgment be entered in favor of him and against the Defendant and that the following relief be granted:

(a) That the Plaintiff be awarded damages in an amount to fully and fairly compensate him for his injuries;

(b) That the cost of this action be assessed against the Defendant.

(c) That this Court grant such other and further relief as it deems just and proper.

Respectfully submitted,

James H. Wettermark
WETTERMARK HOLLAND KEITH & BARBER LLC
2101 Highland Avenue South, Suite 750
Birmingham, Alabama 35205
Phone: (205)933-9500

**SERVE DEFENDANT AT:**
Canadian National/Illinois Central Railroad
CT Corporation System
Kentucky Home Life Building
Louisville, KY 40202