IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION

'05 JUN 16 P1:10

| | | |
|---|---|---|
| TODD F. LOGAN, | ) | |
| | ) | FILED |
| Plaintiff, | ) | US DISTRICT COURT CLERK |
| | ) | WESTN. DIST. KENTUCKY |
| V. | ) | CASE NO.: 5:05 CV-118-R |
| | ) | |
| CANADIAN NATIONAL/ILLINOIS | ) | |
| CENTRAL RAILROAD, | ) | |
| | ) | |
| Defendant. | ) | |

### NOTICE OF DISMISSAL

Comes now the Plaintiff, pursuant to the provisions of Rule 41(a)1 hereby dismisses this case, without prejudice.

Respectfully submitted,

_____
James H. Wettermark
Wettermark Holland & Keith, LLC
2101 Highland Avenue South, Suite 750
Birmingham, AL 35205
Phone: (205)933-9500